

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAWN POINDEXTER, <br><br> Defendant. | Case No. 2:06-cr-00442-SJO-1 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On December 16, 2019, Defendant Shawn Poindexter ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:06-CR-00442-SJO-1. The Court appointed Deputy Federal Public Defender Bina Ahmad to represent Defendant.

///

///

///

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Unverified background because Defendant refused to be interviewed by Pretrial Services;
- Bail resources unknown;
- Background unknown;
- Current warrant.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Unverified background because Defendant refused to be interviewed by Pretrial Services;
- Nature of instant allegations;
- Prior criminal history;
- Currently on supervised release.

///
///
///
///

2

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: December 16, 2019

                                          /s/
                              MARIA A. AUDERO
                         UNITED STATES MAGISTRATE JUDGE